# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OQIPO Hong Kong Co., Ltd., aka OQIPO LIMITED, a Chinese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CELTEK, INC., a foreign corporation,<br><br>Defendant. | Case No.: 8:17-CV-00855-JVS-JCG<br><br>Hon. James V. Selna<br><br>ORDER ON STIPULATION TO REMAND |

Plaintiff filed the original State Court action seeking to enter its foreign judgment in California on January 5, 2017, Orange County Superior Court case no. 30-2017-00895779. On or about May 15, 2017, Defendant Celtek, Inc., removed the State Court action to this Court, Docket entry no. 1.

As a result of discussion between counsel on October 24 and 25, 2017, counsel agreed to remand this action to the Orange County Superior Court.

The Court, having reviewed the Complaint, the Notice of Removal, the records in this matter and the Stipulation by Counsel to Remand, and good cause appearing therefore,

//

1       IT IS ORDERED that the matter is remanded to the Orange County
2 Superior Court, California.

Dated: October 27, 2017

                                                    United States District Judge